**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6762**

———————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

MICHAEL J. BUSHMAN,

                                        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge.  (CR-87-100-N)

———————

Submitted: July 24, 2003            Decided:  July 31, 2003

———————

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael J. Bushman, Appellant Pro Se.  Robert Joseph Seidel, Jr., Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael J. Bushman appeals the district court's order denying his motion to correct an illegal sentence pursuant to Federal Rule of Criminal Procedure 35(a). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Bushman, No. CR-87-100-N (E.D. Va. Apr. 23, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED